**IT IS SO ORDERED.**

Dated: July 23, 2010
    11:56:28 AM

                         **Kay Woods**
                         **United States Bankruptcy Judge**

BK1004641
DP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| IN RE: | Case No. 10-40844 |
|---|---|
| David W Pflugh, Jr | Chapter 13 |
| | Judge Woods |
|         Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY** |
| | **ADDRESS OF REAL PROPERTY: 59 INDIANOLA ROAD, YOUNGSTOWN, OH 44512** |

    This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket 17). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or

all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 59 Indianola Road Youngstown, OH 44512 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Eric James Ashman, Esq. - Attorney for Debtor
614 West Superior Avenue
Suite 950
Cleveland, OH 44113
eashman@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

Michael A. Gallo - Trustee
20 Federal Plaza West #602
Youngstown, OH 44503
mgallo@gallotrustee.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

David W Pflugh, Jr - Debtor
5218 Cranberry Lane
Youngstown, OH 44512
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE